United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRED HAMPTON JR., et al., | Case No.: 13-cv-3094 KAW |
| Plaintiffs, | ORDER |
| v. | |
| CITY OF OAKLAND, et al., | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court recuses itself from this case.  The case shall be randomly reassigned.

IT IS SO ORDERED.

DATE: July 5, 2013

_____
KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE