1
2
3
4
5
6
7
8   UNITED STATES DISTRICT COURT
9   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10  OAKLAND DIVISION

11
12  FRED HAMPTON JR., et al.,

    Plaintiff,

13  vs.

14  CITY OF OAKLAND, et al.,

15      Defendants.

16

Case No:  C 13-3094 SBA

**ORDER REFERRING ACTION TO MEDIATION**

17      Pursuant to the agreement of the parties and the recommendation of the Court's
18  ADR Department, this action is hereby REFERRED for court-supervised mediation
19  through the ADR Department.  The parties shall complete mediation within 180 days of the
20  date this Order is filed.
21      IT IS SO ORDERED.
22  Dated: September 26, 2013

                                                    _____
                                                    SAUNDRA BROWN ARMSTRONG
                                                    United States District Judge