```
 1 | DALE L. ALLEN, JR., SBN 145279
   | KEVIN P. ALLEN, SBN 252290
 2 | LOW, BALL & LYNCH
   | 505 Montgomery Street, 7th Floor
 3 | San Francisco, California 94111
   | Telephone:   (415) 981-6630
 4 | Facsimile:   (415) 982-1634
   | Email: dallen@lowball.com
 5 |
   | Attorneys for Defendant
 6 | CITY OF EMERYVILLE
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| FRED HAMPTON, JR., NYOKA LOWERY, DAWN SCOTT, and RAMAL LAMAR, | Case No. 4:13-cv-03094-DMR |
|---|---|
| Plaintiffs, | **NOTICE OF SUBSTITUTION OF ATTORNEY** AND ORDER |
| vs. | |
| CITY OF OAKLAND, CITY OF EMERYVILLE, and DOES 1 through 50, inclusive, | |
| Defendants. | |

Notice is hereby given that, effective January 2, 2014, subject to approval by the court, defendant CITY OF EMERYVILLE substitutes Dale L. Allen, Jr., State Bar No. 145279 of Allen, Glaessner & Werth, 180 Montgomery Street, Suite 1200, San Francisco, California, 94104, telephone: (415) 697-2000 as counsel of record in place of Dale L. Allen, Jr. and the law firm of Low Ball & Lynch.

I consent to the above substitution.

Dated: 12/20/2013

_____
Michael Biddle for City Of Emeryville

I consent to be substituted.

Dated: 12/27/13

_____
Dale L. Allen, Jr.

I consent to the above substitution.

Dated: 12/27/13

_____
Dale L. Allen, Jr.

The substitution of attorney is hereby approved and so ORDERED.

Dated: 1/8/2014

_____
The Honorable Judge Donna M. Ryu