UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| FRED HAMPTON, JR., et al., | No. C 13-3094 DMR |
| Plaintiffs, | |
| v. | **ORDER RE: ATTENDANCE AT MEDIATION** |
| CITY OF OAKLAND, et al., | |
| Defendants. | Date:     May 29, 2014<br>Mediator: Gregory Walker |

IT IS HEREBY ORDERED that the request to excuse plaintiff Dawn Scott from appearing in person at the May 29, 2014, mediation session before Gregory Walker is GRANTED. Ms. Scott shall be available at all times to participate telephonically or by video conference in the mediation as set forth in ADR L.R. 6-10(f).

IT IS SO ORDERED.

May 20, 2014

Dated

By: _____
Maria-Elena James
United States Magistrate Judge