# CITY OF OAKLAND 

ONE FRANK OGAWA PLAZA • 6TH FLOOR • OAKLAND, CALIFORNIA   94612

Office of the City Attorney  (510) 238-3601
Barbara J. Parker  FAX: (510) 238-6500
Maria Bee  (510) 238-3814
Supervising Attorney

August 19, 2014

Hon. Donna M. Ryu
Magistrate Judge
U.S. District Court/Northern District
Oakland Courthouse, Courtroom 4 – 3rd floor
Oakland, CA   94612

Re:  Fred Hampton v. City of Oakland, et al.
       USDC Case No.:4:13-cv-03094-DMR

Dear Judge Ryu:

   This matter is scheduled for a Case Management Conference on August 20, 2014 at 1:30 p.m.  Approximately two weeks ago lead trial counsel, Arlene Rosen, fell and fractured her ankle.  She is out of the office for an indefinite period of time.  I respectfully request permission to appear at the Conference in Ms. Rosen's absence.

   I am prepared to address the matters referred to in the Northern District of California's standing order on Joint Case Management conferences and have full authority to enter stipulations and make admissions pursuant to that order.

   Thank you for your consideration of this request.

Very truly yours,

BARBARA J. PARKER
City Attorney


By:   Maria Bee
      Supervising Attorney


1455700

**IT IS SO ORDERED.**



DATED:  8/19/14

_____
DONNA M. RYU
United States Magistrate Judge

1455700