UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED HAMPTON JR., ET AL., | No. C-13-03094 DMR |
| Plaintiff(s), | **ORDER SETTING EMERGENCY TELEPHONIC CASE MANAGEMENT CONFERENCE** |
| v. | |
| CITY OF OAKLAND, ET AL., | |
| Defendant(s). | |

The court is in receipt of Plaintiffs' motion to amend the pleadings (Docket No. 76) and administrative motion to take Defendants' motions for summary judgment off calendar pending the court's ruling on the motion to amend (Docket No. 78). It appears that the relief sought by Plaintiffs may have some impact on the case schedule. Therefore, IT IS HEREBY ORDERED that lead counsel for all parties shall participate in an emergency telephonic Case Management Conference on **September 19, 2014 at 11:00 a.m.**

Counsel for Plaintiffs shall initiate the four-way conference call to the court as follows: (1) by first calling counsel for Defendants City of Oakland and City of Emeryville; and then (2) with all counsel on the line, calling the court at (510) 637-1007.

Plaintiffs are not relieved from their deadline for responding to the pending motions for summary judgment.

IT IS SO ORDERED.

Dated: September 17, 2014



_____
DONNA M. RYU
United States Magistrate Judge

2