ATTORNEYS

# ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP

180 Montgomery Street, Suite 1200  
San Francisco, California 94104

Telephone (415) 697-2000  
Facsimile (415) 813-2045  
E-Mail kallen@aghwlaw.com

September 18, 2014

Hon. Donna M. Ryu  
Magistrate Judge  
U.S. District Court/Northern District  
Oakland Courthouse, Courtroom 4 - 3rd Floor  
1301 Clay Street  
Oakland, CA 94612

      Re:    *Fred Hampton et al. v. City of Emeryville*  
               US District Court (Northern District), Case No.: 4:13-cv-03094-DMR

Dear Judge Ryu:

On September 19, 2014 at 11:00 a.m., this matter is currently-scheduled for an emergency telephonic Case Management Conference (Docket No. 79). Per the Court's Standing Order (Docket No. 52, ¶ 8), I respectfully request allowance to appear at the CMC in lieu of lead trial counsel Dale L. Allen, Jr. Mr. Allen will be attending a pre-trial meeting beginning at 10:00 a.m. in the San Francisco federal courthouse (for trial in *Morse v. San Francisco Bay Area Rapid Transit District, et al.*, USDC Case No. No.: 3:12-cv-05289-JSC, beginning on Sept. 22, 2014).

I am co-trial counsel in this matter and wrote City of Emeryville's Motion for Summary Judgment or, in the alternative, Summary Adjudication. I am best able to address the matters to be discussed at the CMC.

Thank you for considering this request.

Very truly yours,

ALLEN, GLAESSNER,  
HAZELWOOD & WERTH

/s/

Kevin P. Allen

Defendant City of Emeryville's request is granted to the extent that counsel Kevin P. Allen has authority to make binding decisions on behalf of his client.  
**IT IS SO ORDERED.**  
DATED: Sept. 18, 2014      _____  
                                  DONNA M. RYU  
                                  United States Magistrate Judge

21842.1