United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8  UNITED STATES DISTRICT COURT
9  NORTHERN DISTRICT OF CALIFORNIA
10
11 FRED HAMPTON JR., ET AL.,           No. C-13-03094 DMR
12         Plaintiff(s),                **ORDER RE CHAMBERS COPIES**
13     v.
14 CITY OF OAKLAND, ET AL.,
15         Defendant(s).
16 _____/
17     PLEASE TAKE NOTICE that the chambers copy of Defendant City of Oakland's motion for
18 summary judgment and supporting documents (Docket Nos. 66, 68-75) was submitted in a format
19 that is not usable by the court.
20     The chambers copy is not usable because it
21     ( )   consists of a stack of loose paper wrapped with a rubber band;
22     ( )   consists of a stack of loose paper fastened with a binder clip or a paper clip;
23     ( )   is too thick to permit secure fastening with a staple, and is fastened with a
24           brad-type fastener that is too short for the thickness of the document;
25     (X)   has no tabs for the exhibits;
26     ( )   includes exhibits that are illegible;
27     ( )   includes exhibits that are unreadable because the print is too small;
28     ( )   includes text and/or footnotes in a font smaller than 12 point;

1  ( )   includes portions or exhibits that are redacted because the submitting party
2        has requested leave to file those portions under seal; or
3  ( )   is not usable for another reason (__).
4  The court has recycled the paper used for the above-described chambers copy.  **By no later
5  than October 1, 2014,** Defendant City of Oakland shall submit a chambers copy of the document in
6  a format that is usable by the court.  Specifically, each individual exhibit to each declaration filed in
7  support of the City of Oakland's motion for summary judgment shall be individually tabbed and
8  labeled.

10  IT IS SO ORDERED.

12  Dated: September 30, 2014



DONNA M. RYU
United States Magistrate Judge

2