**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11   FRED HAMPTON JR., ET AL.,                    No. C-13-03094 DMR

12              Plaintiff(s),                      **ORDER RE FURTHER BRIEFING RE
                                                   CITY OF OAKLAND'S MOTION FOR**
13        v.                                       **SUMMARY JUDGMENT**

14   CITY OF OAKLAND, ET AL.,

15              Defendant(s).
     _____/
16

17        Having considered Defendant City of Oakland's ("Oakland") motion for summary judgment

18   (Docket No. 66) and oral argument of counsel at the hearing held on October 9, 2014, the court has

19   determined that further briefing is necessary regarding Plaintiffs Hampton and Lamar's claims for

20   false imprisonment against Oakland.  Specifically, Hampton and Lamar seek to hold Oakland liable

21   for false imprisonment based on a theory of vicarious liability for the actions of Oakland police

22   officers Carter and Ko.  The court must consider whether a reasonable jury could find that Hampton

23   and Lamar's detention ripened into an arrest, requiring probable cause, and if so, the court must

24   analyze the facts that supported probable cause.  Counsel for Oakland confirmed that the probable

25   cause analysis for Oakland rests on the exact same facts as those presented by Defendant City of

26   Emeryville ("Emeryville").  However, if the detention was an investigatory stop and not an arrest,

27   the court must determine whether a reasonable jury could find that the stop was not supported by

28   reasonable suspicion.  Oakland and Plaintiffs did not explain which set of facts the court may

1  consider in evaluating Oakland's reasonable suspicion for the stop, and whether there are any facts

2  relied upon by Emeryville that the court may not consider for purposes of Oakland's liability.

3       Therefore, by no later than **October 15, 2014**, Oakland shall file a brief that does not exceed

4  five pages addressing this issue, along with any supporting evidence.  Plaintiffs' response shall not

5  exceed five pages and shall be filed by **October 20, 2014**, along with any supporting evidence.

6  Oakland may file a reply that does not exceed two pages by **October 22, 2014.**

7

8       IT IS SO ORDERED.

9

10  Dated:  October 9, 2014



11

12  DONNA M. RYU
    United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California