# OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT

# Northern District of California

## CIVIL MINUTES

**Date:** November 3, 2014     **Time:** 3 hours 46 minutes     **Judge:** JACQUELINE SCOTT CORLEY

**Case No.**: 13-cv-03094-DMR     **Case Name:** Hampton v. City Of Oakland

**Attorney for Plaintiff:** Daniel Siegel; Kevin Brunner

**Attorney for Defendant:** Dale Allen for City of Emeryville; Arlene Rosen for City of Oakland

**Deputy Clerk:** Ada Means     **FTR Digital Recording:** 2:42-2:46

## PROCEEDINGS

Settlement conference held. Case settled. Terms of settlement placed on the record.

**Order to be prepared by:**

[ ]     Plaintiff          [ ]     Defendant          [ ]     Court